30674. PETERS *v.* THE STATE.

MacINTYRE, J. This is a companion case to *Peters* v. *State*, ante. The two cases were tried together, and the instant writ of error is controlled by the rulings there made. The judge did not err in overruling the certiorari.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED MARCH 9, 1945.